# EXHIBIT 1

# Christmas Unicorn Design



# Deer in the Snow Design



# Cat Jumping Design



# Santa Dinosaur Design

