UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SKIP AND WHISTLE, LLC d/b/a SKIP N' WHISTLE,<br><br>       Plaintiff,<br><br>    v.<br><br>OLD GLORY, LLC, RED ROCKET MERCHANDISING CORP., iMERCHANDISE, LLC, ARTIST BRANDS, LLC, and GLENN MORELLI,<br><br>       Defendants. | Case No. 3:14-cv-00058-SRU |

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that, upon the annexed Declarations of Chris Reams and Eleanor M. Lackman, each dated August 13, 2015, and the exhibits attached thereto, the accompanying Memorandum of Law, Local Rule 56(a)1 Statement of Undisputed Facts, and all the papers and proceedings heretofore had herein, plaintiff Skip and Whistle, LLC d/b/a Skip N' Whistle ("Plaintiff"), by its undersigned counsel, will move this Court, in the United States District Court for the District of Connecticut located at the Brien McMahon Federal Building, United States Courthouse, 915 Lafayette Boulevard – Suite 411, Bridgeport, CT 06604, at a time and place to be scheduled by this Court, for an order pursuant to Fed. R. Civ. P. 56, granting partial summary judgment and a permanent injunction in favor of Plaintiff and for such other and further relief as the Court may deem just and proper.

  PLEASE TAKE FURTHER NOTICE that opposition papers, if any, shall be served on or before September 3, 2015, and reply papers served on or before September 17, 2015.

  .

Dated: New York, New York      COWAN, DeBAETS, ABRAHAMS &
        August 13, 2015                SHEPPARD LLP

By:    /s/ Eleanor M. Lackman
       Eleanor M. Lackman (*pro hac vice*)
       41 Madison Avenue, 34th Floor
       New York, New York 10010
       Tel: (212) 974-7474
       Fax: (212) 974-8474
       ELackman@cdas.com

       Howard K. Levine
       CARMODY TORRANCE SANDAK
         & HENNESSEY LLP
       195 Church Street
       P.O. Box 1950
       New Haven, CT 06509-1950
       Tel: (203) 777-55501
       Fax: (203) 784-3199
       HLevine@carmodylaw.com

*Attorneys for Plaintiff Skip and Whistle, LLC d/b/a Skip N' Whistle*