UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SKIP AND WHISTLE, LLC d/b/a SKIP N' WHISTLE,<br><br>       Plaintiff,<br><br>   v.<br><br>OLD GLORY, LLC, RED ROCKET MERCHANDISING CORP., iMERCHANDISE, LLC, ARTIST BRANDS, LLC, and GLENN MORELLI,<br><br>       Defendants. | Case No. 3:14-cv-00058-SRU |

**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that plaintiff Skip and Whistle, LLC d/b/a Skip N' Whistle and defendants Old Glory, LLC, Red Rocket Merchandising Corp., iMerchandise, LLC, Artist Brands, LLC, and Glenn Morelli hereby request dismissal of the above-referenced action with prejudice pursuant to Fed. R. Civ. P. 41(a), with each side to bear its own costs and fees.

| | |
|---|---|
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Eleanor M. Lackman | /s/ John T. Harding |
| Eleanor M. Lackman (*pro hac vice*) | John T. Harding (*pro hac vice*) |
| Marissa B. Lewis (*pro hac vice*) | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP | One International Place, 3rd Floor |
| 41 Madison Avenue, 34th Floor | Boston, MA  02110 |
| New York, NY  10010 | Phone: (857) 313-3931 |
| Phone: (212) 974-7474 | Fax: (857) 313-3951 |
| Fax: (212) 974-8474 | John.Harding@lewisbrisbois.com |
| ELackman@cdas.com | |
| | Christopher E.H. Sanetti (ct27920) |
| Howard K. Levine (ct10555) | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| CARMODY TORRANCE SENDAK & HENNESSEY, LLP | 100 Pearl Street, Suite 1348 |
| | Hartford, CT 06103 |
| 195 Church Street, 18th Floor | Phone: (860) 748-4806 |
| P.O. Box 1950 | Fax: (860) 748-4857 |
| New Haven, CT  06510 | Christopher.Sanetti@lewisbrisiobois.com |
| Phone: (203) 777-5501 | |
| Fax: (203) 784-3199 | Josephine Brosas (*pro hac vice*) |
| HLevine@carmodylaw.com | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 633 West Fifth Street, Suite 4000 |
| *Attorneys for Skip and Whistle, LLC d/b/a Skip N' Whistle* | Los Angeles, CA 90071 |
| | Phone: (213) 580-6310 |
| | Fax: (213) 250-7900 |
| | Josephine.Brosas@lewisbrisbois.com |

**Michael P. Thompson**
Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
mthompson@wiggin.com

*Attorneys for Old Glory, LLC, Red Rocket Merchandising Corp., iMerchandise, LLC, Artist Brands, LLC, and Glenn Morelli*

**SO ORDERED**

By: _____
The Honorable Stefan R. Underhill, U.S.D.J.

Date: _____